IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SERGIO MARTIN, | ) | 1:08-cv-00194 AWI GSA |
| | ) | |
| | ) | ORDER VACATING COURT'S AUGUST 13, 2008 FINDINGS AND RECOMMENDATION REGARDING DISMISSAL OF ACTION FOR FAILURE TO OBEY A COURT ORDER (Document 11) |
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Defendant. | ) | |

Plaintiff filed the instant action on February 4, 2008. On July 14, 2008, the court issued an order for Plaintiff to show cause regarding his failure to complete and return service documents to the clerk's office for service by the United States Marshal on the Defendant. Plaintiff did not respond to the Order to Show Cause. Thereafter, on August 13, 2008, the court issued findings and a recommendation that the action be dismissed based on Plaintiff's failure to obey the court's order regarding service of the summons and complaint in this matter.

On August 14, 2008, Plaintiff's counsel filed a Proof of Service of Summons and Complaint, which indicated that the summons, complaint and other documents in this action had been served on the General Counsel for the Social Security Administration, the Office of Attorney General, and the

1

1 | United States Attorney's Office.  Based on the proof of service filed by Plaintiff, the court
2 | VACATES the findings and recommendation of dismissal entered on August 14, 2008.
3 |     IT IS SO ORDERED.
4 |     Dated:   **August 25, 2008**            /s/ **Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

2