| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | LUCILLE GONZALES MEIS<br>Regional Chief Counsel, Region IX |
| 3 | Social Security Administration<br>THEOPHOUS H. REAGANS, CBN 189450 |
| 4 | Special Assistant United States Attorney |

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| SERGIO MARTIN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 08-194 GSA<br><br>STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND PROPOSED ORDER |

    The parties hereby stipulate by counsel, with the Court's approval, as indicated by issuance of the attached Order, that Defendant shall have an extension of time to respond to Plaintiff's Motion for Summary Judgment, up to and including May 6, 2009. Defendant's response was originally due on April 6, 2009. This request is being made because Defendant's counsel has been out of the office for two weeks and needs additional time to review this case. Counsel apologizes to the Court for any inconvenience caused by this delay.

///

///

///

///

Respectfully submitted,

Dated: April 3, 2009         By:    */s/ Steven Rosales*
                                    (*As agreed via telephone*)
                                    STEVEN ROSALES
                                    Attorney at Law

                                    Attorney for Plaintiff




                                    LAWRENCE G. BROWN
                                    United States Attorney
                                    LUCILLE GONZALES MEIS
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                             By:    */s/ Theophous H. Reagan*s
                                    THEOPHOUS H. REAGANS
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant



**ORDER**


IT IS SO ORDERED.

**Dated:   April 6, 2009**            **/s/ Gary S. Austin**
                                      UNITED STATES MAGISTRATE JUDGE